Blanca Estela MELENDEZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 07–74910.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2009.[*]

Filed Aug. 17, 2009.

Frank P. Sprouls, Esq., Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM [**]

Blanca Estela Melendez, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") decision denying her applica-

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Cruz–Navarro v. INS,* 232 F.3d 1024, 1028 (9th Cir.2000), and we deny the petition for review.

Substantial evidence supports the IJ's denial of asylum because Melendez failed to establish past persecution or a well-founded fear of future persecution on account of an imputed political opinion or membership in a particular social group based on her husband's former occupation as a police officer. *See id.* at 1028–30 (9th Cir.2000).

Because Melendez failed to establish eligibility for asylum, she necessarily failed to establish eligibility for withholding of removal. *See id.*

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.